UNITED STATES of America ex rel. Irwin ISAACS, Appellant, v. Edward CORSI, Commissioner of Immigration, at Ellis Island, Port of New York, the Captain of The S. S. Roosevelt, and All Others Having the Custody of John Grotkob, Appellee.

No. 296.

Circuit Court of Appeals, Second Circuit.
Jan. 29, 1934.

Irwin Isaacs, of New York City, for relator-appellant.

Martin E. Raphael, of New York City, for appellant.

Martin Conboy, U. S. Atty., of New York City (Earle N. Bishopp, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on authority of United States ex rel. Stapf v. Corsi, 287 U. S. 129, 53 S. Ct. 40, 77 L. Ed. 215.